UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 06-259-DSF | Date | 12/5/08 |
| --- | --- | --- | --- |

Present: The Honorable   DALE S. FISCHER, United States District Judge

Interpreter   N/A

| Debra Plato | Not Present | Daniel Saunders
Not Present |
| --- | --- | --- |
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| John McTiernan | Not | | X | S. Todd Neal | Not | | X |

**Proceedings:**   (IN CHAMBERS)   STATUS CONFERENCE

This matter is scheduled for a status conference on December 22, 2008 at 10:00 a.m.