THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL A. SAUNDERS (Cal. State Bar No. 161051)
daniel.saunders@usdoj.gov
KEVIN M. LALLY (Cal. State Bar No. 226402)
kevin.lally@usdoj.gov
Assistant United States Attorneys
Violent & Organized Crime Section
   1500 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2272/2170
   Facsimile: (213) 894-3713

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 06-259-DSF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER MODIFYING BRIEFING SCHEDULE |
| v. | ) | ON PENDING MOTION FOR RECUSAL |
| | ) | (#123) |
| JOHN McTIERNAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING FROM THE STIPULATION OF THE PARTIES, the briefing schedule issued by the Court on January 6, 2009, in regard to the pending motion for recusal filed December 12, 2008 is modified as follows:

The government's opposition shall be due no later than January 16, 2009.  Defendant's reply, if any, is due no later than January 22, 2009.

**IT IS SO ORDERED.**

DATED: January 8, 2009

_____
HONORABLE TERRY J. HATTER, JR.
United States District Judge