# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN McTIERNAN,<br><br>　　　　　Defendant. | CR 06-259 DSF<br><br><br>Order<br>(#117) |

The Court has considered Defendant's motion to disqualify the Honorable Dale S. Fischer, together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Denied.

Date:   February 17, 2009

_____
Terry J. Hatter, Jr.
Senior United States District Judge