UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - CHANGE OF PLEA

Case No: CR 06-259 DSF                                        Date: 7/12/10

PRESENT: HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Debra Plato | Pamela Batalo | Daniel Saunders/Kevin Lally |
|---|---|---|
| Court Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: None Present

| U.S.A. vs (Dft listed below) | Attorney for Defendant |
|---|---|
| 1) John McTiernan | 1) S. Todd Neal, Chuck R. McCrae, Oliver E. Diaz |
| X pres ___custody X bond | X pres ___apptd X retnd |

PROCEEDINGS:    ENTRY OF GUILTY PLEA

√    Defendant moves to enter a guilty plea to the First and Second Superseding Indictment.

√    Defendant sworn.

√    Defendant enters new and different plea of GUILTY to Counts 1 and 2 of the Second Superseding Indictment and Count 3 of the First Superseding Indictment.

√    The Court advises defendant of his/her Constitutional rights and questions the defendant regarding plea of GUILTY.  The Court FINDS there is an independent factual basis for the plea and further FINDS the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights.  The Court accepts the plea and orders that the plea be entered.

√    The Court refers the defendant to the Probation Office for an investigation and report and the matter is continued to **Monday, October 4, 2010 at 8:30 a.m.** for sentencing.

√    The Court vacates the jury trial date for this defendant.

√    The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

√    Sentencing papers due three weeks before and rebuttal due two weeks before sentencing.

___    Other: _____.

0/31

MINUTES FORM 6                                                                    Initials of Deputy Clerk  dp
CRIM - GEN (rev 3-21-06)